1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JON CHRIST,

11              Plaintiff,                    No. CIV S-11-0525 GEB EFB P

12        vs.

13    B.A. WEIGLEN,

14              Defendant.                    <u>ORDER</u>

15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19              On March 19, 2012, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

22    objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24    304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25    file, the court finds the findings and recommendations to be supported by the record and by

26    proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed March 19, 2012, are adopted in full;

3        2.  This action proceeds solely on plaintiff's Eighth Amendment claim against

4   defendant Weiglen, and all remaining allegations are dismissed without leave to amend; and

5   Defendant Weiglen shall file a response to the complaint as herein narrowed within 30 days of

6   the date on which this order is filed.

7   Dated:  April 30, 2012

8

9   _____

10   GARLAND E. BURRELL, JR.
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2