IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

      Plaintiff,                    No. CIV S-11-0525 GEB EFB P

      vs.

B.A. WEIGLEN,

      Defendant.            ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 19, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 19, 2012, are adopted in full;

2. This action proceeds solely on plaintiff's Eighth Amendment claim against defendant Weiglen, and all remaining allegations are dismissed without leave to amend; and Defendant Weiglen shall file a response to the complaint as herein narrowed within 30 days of the date on which this order is filed.

Dated: April 30, 2012

GARLAND E. BURRELL, JR.
United States District Judge